UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 13-cv-00563-MSS-EAJ

Chamber of Industry and Commerce
Wuppertal-Solingen-Remscheid, a
German trade association,

        Plaintiff,

vs.

Martha Stewart, et al.

        Defendants.
_____/

## JOINT STIPULATED MOTION FOR ENTRY OF PERMANENT INJUNCTION BY CONSENT AGAINST ALL DEFENDANTS AND ADVISMENT OF SETTLEMENT

Plaintiff, Chamber of Industry and Commerce Wuppertal – Solingen – Remscheid (hereinafter "Plaintiff"), and Defendants Martha Stewart ("Stewart"), Martha Stewart Living Omnimedia, Inc. ("MSLO"), Emeril Lagasse ("Lagasse"), EMERIL'S HOMEBASE, LLC, EMERILS.COM, LLC ("Emeril Companies"), HSNi, LLC d/b/a Home Shopping Network ("HSN"), and SED International Holdings, Inc. ("SED") (collectively, "Defendants") respectfully move the Court to enter the attached Permanent Injunction by Consent against Defendants as reflected in the attached Permanent Injunction by Consent.

The Parties have also entered into a Settlement Agreement, agreeing (i) to the entry of this Permanent Injunction by Consent, (ii) certain conditions, including payment terms, and (iii) to request the Court to retain jurisdiction over the subject matter of this cause for the purposes of enforcing the terms of the Permanent Injunction as well as for the purposes of enforcing the Settlement Agreement. Under the Settlement Agreement, the Parties contemplate that the case

would be abated or administratively closed until all installment payments are made, and that the Plaintiff would have the right to seek to re-open the proceedings and litigate the merits of the case, subject to certain other conditions, if the terms of the Settlement Agreement are not met. The parties request permission to file quarterly reports with the Court to provide the Court with periodic updates on the status.  Among other things, the Settlement Agreement provides that between 90 and 100 days after the last of the installment payments are made in full, the parties will file a motion with the Court to enter a final judgment of dismissal of all claims with prejudice.

WHEREFORE, the parties request the Court maintain this case as administratively closed until the latest of April 1, 2015, at which time, should there be no defaults under the Settlement Agreement, the parties will jointly move for the Court to close the case as all claims in this matter will be concluded.

Dated this 23rd day of January, 2014.  Respectfully submitted,

MAYBACK & HOFFMAN, P.A.

s/Catherine F. Hoffman
Catherine F. Hoffman, Esq.
Florida Bar No. 828459
Mayback & Hoffman, P.A.
5722 S. Flamingo Rd. #232
Fort Lauderdale, Florida  33330
Telephone: (954) 704-1599
Facsimile: (954) 704-1588
Email:   trademarks@mayback.com
*Co-Counsel for Plaintiff*

DEVINE, GOODMAN, RASCO AND WELLS, P.A.
Guy Rasco, Esq.
Florida Bar No. 727520
Lawrence Goodman, Esq.
Florida Bar No. 712647
777 Brickell Ave. Suite 850
Miami, FL  33131

>Telephone: (305) 374-820
>Email:  lgoodman@devinegoodman.com
>*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd of January, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>s/Catherine F. Hoffman

## SERVICE LIST

G. Donovan Conwell, Jr., Esq.
CONWELL KIRKPATRICK, P.A.
2701 North Rocky Point Drive, Suite 1030
Tampa, FL 33607
Office: (813) 282-8000 Fax: (813) 282-8800
E-mail: dconwell@CKbusinesslaw.com; wkirkpatrick@CKbusinesslaw.com; jmatulis@CKbusinesslaw.com; bgibbs@CKbusinesslaw.com
Counsel for Defendants

Steven G. Hill, Esq.
Martha Decker, Esq.
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia 30339
Telephone: (770) 953-0995; Facsimile: (770) 953-1358
Email: sgh@hkw-law.com
Co-Counsel for Defendants